

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Brian M. Webber<br><br>*Plaintiff(s)*<br>v.<br>Auxilium Pharmaceuticals, Inc., AbbVie, Inc., Abbott Laboratories, Inc., Actavis, PLC, Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., individ. and as subsidiary to Actavis, Inc. et al<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:14cv149 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Auxilium Pharmaceuticals, Inc.
c/o The Corporation Trust Company, Reg. Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: H. Seward Lawlor
Patten, Wornom, Hatten & Diamonstein, LC
12350 Jefferson Avenue, Suite 300
Newport News, VA 23602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo,
CLERK OF COURT

Date: 11-7-14                            _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:14cv149

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Auxilium Pharmaceuticals, Inc.
was received by me on *(date)* 11/19/2014 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Amy McLaren, Managing Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* Auxilium Pharmaceuticals, Inc
at Corporation Trust Co., Registered Agent on *(date)* 11/19/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/20/2014

*Server's signature*

Daniel Newcomb, Process Server
*Printed name and title*

Delaware Attorney Services
3516 Silverside Rd., Suite 16
Wilmington, DE 19810
*Server's address*

Additional information regarding attempted service, etc:
Service was made on 11/19/2014 at 3:00 PM, at Corporation Trust Co., Registered Agent, 1209 Orange St., Wilmington, DE 19801

Documents Served: Summons in a Civil Action; Civil Cover Sheet; Procedure for Civil Motions; Notice; and Complaint with Jury Demand

AO 440 (Rev. 06/12) Summons in a Civil Action

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Brian M. Webber | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:14CV149 |
| Auxilium Pharmaceuticals, Inc., AbbVie, Inc., Abbott Laboratories, Inc., Actavis, PLC, Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., individ. and as subsidiary to Actavis, Inc. et al | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AbbVie, Inc.
c/o The Corporation Trust Company, Reg. Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   H. Seward Lawlor
Patten, Wornom, Hatten & Diamonstein, LC
12350 Jefferson Avenue, Suite 300
Newport News, VA 23602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo,
CLERK OF COURT

Date: 11-7-14

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:14cv149

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AbbVie, Inc.
was received by me on *(date)* 11/19/2014 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Amy McLaren, Managing Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* AbbVie, Inc.
at Corporation Trust Co., Registered Agent on *(date)* 11/19/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/20/2014

*Server's signature*

Daniel Newcomb, Process Server
*Printed name and title*

Delaware Attorney Services
3516 Silverside Rd., Suite 16
Wilmington, DE 19810
*Server's address*

Additional information regarding attempted service, etc:
Service was made on 11/19/2014 at 3:00 PM, at Corporation Trust Co., Registered Agent, 1209 Orange St., Wilmington, DE 19801

Documents Served: Summons in a Civil Action; Civil Cover Sheet; Procedure for Civil Motions; Notice; and Complaint with Jury Demand



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Brian M. Webber <br><br> *Plaintiff(s)* <br> v. <br> Auxilium Pharmaceuticals, Inc., AbbVie, Inc., Abbott Laboratories, Inc., Actavis, PLC, Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., individ. and as subsidiary to Actavis, Inc. et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:14cv149 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Abbott Laboratories, Inc.
c/o The Corporation Trust Company, Reg. Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: H. Seward Lawlor
Patten, Wornom, Hatten & Diamonstein, LC
12350 Jefferson Avenue, Suite 300
Newport News, VA 23602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo
*CLERK OF COURT*

Date: 11-7-14

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:14cv149

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Abbott Laboratories, Inc.**
was received by me on *(date)* **11/19/2014**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Amy McLaren, Managing Agent**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Abbott Laboratories, Inc.**
at **Corporation Trust Co., Registered Agent** on *(date)* **11/19/2014** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11/20/2014**

*Server's signature*

**Daniel Newcomb, Process Server**
*Printed name and title*

Delaware Attorney Services
3516 Silverside Rd., Suite 16
Wilmington, DE 19810
*Server's address*

Additional information regarding attempted service, etc:
Service was made on 11/19/2014 at 3:00 PM, at Corporation Trust Co., Registered Agent, 1209 Orange St., Wilmington, DE 19801

Documents Served: Summons in a Civil Action; Civil Cover Sheet; Procedure for Civil Motions; Notice; and Complaint with Jury Demand



December 16, 2014

Dear Customer:

The following is the proof-of-delivery for tracking number **772056893250**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | C.COLLINS | Delivery location: | 1 GRAND CANAL SQUARE DOCKLAND, DUBLIN 2 |
| Service type: | FedEx International Priority | Delivery date: | Dec 4, 2014 12:07 |
| Special Handling: | Deliver Weekday | | |



| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 772056893250 | Ship date: | Dec 2, 2014 |
| | | Weight: | 0.5 lbs/0.2 kg |

Recipient:
ACTAVIS, PLC
1 GRAND CANAL SQUARE
DOCKLAND, DUBLIN 2 IE

Shipper:
TAMMI TAYLOR
PATTEN, WORNOM, HATTEN  DIAMO
12350 JEFFERSON AVENUE
SUITE 300
NEWPORT NEWS, VA 23602 US

Reference                           Webber 059414

Thank you for choosing FedEx.





AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Brian M. Webber <br><br> *Plaintiff(s)* <br> v. <br> Auxilium Pharmaceuticals, Inc.; AbbVie, Inc.; Abbott Laboratories, Inc.; Actavis, PLC; Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc., individually and as subsid to Actavis, Inc. et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:14-cv-09142 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Actavis, PLC
1 Grand Canal Square
Dockland, Dublin 2
IRELAND

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  H. Seward Lawlor
Patten, Wornom, Hatten & Diamonstein, LC
12350 Jefferson Avenue
Newport News, VA 23602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____
THOMAS G. BRUTON, CLERK

*(signature)*

(By) DEPUTY CLERK

*Signature of Clerk or Deputy Clerk*

December 2, 2014

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-09142

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                                           *Server's signature*

                          _____
                          *Printed name and title*


                          _____
                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Brian M. Webber <br><br> *Plaintiff(s)* <br> v. <br> Auxilium Pharmaceuticals, Inc., AbbVie, Inc., Abbott Laboratories, Inc., Actavis, PLC, Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., individ. and as subsidiary to Actavis, Inc. et al <br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 4:14CV149 ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Actavis, Inc.
Morris Corporate Center III
400 Interpace Parkway
Parsippany, NJ 07054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: H. Seward Lawlor
Patten, Wornom, Hatten & Diamonstein, LC
12350 Jefferson Avenue, Suite 300
Newport News, VA 23602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo,
CLERK OF COURT

Date: 11-7-14

*Signature of Clerk or Deputy Clerk*


AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Actavis Inc**
was received by me on *(date)* **11/19/14** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **John Duff** , who is
designated by law to accept service of process on behalf of *(name of organization)*
**Actavis Inc** on *(date)* **11/21/14** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **11/21/14**

_____
Server's signature

**Glenn Burroughs**
Printed name and title

**990 Cedarbridge Ave, Brick NJ**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Brian M. Webber <br><br> *Plaintiff(s)* <br> v. <br> Auxilium Pharmaceuticals, Inc., AbbVie, Inc., Abbott Laboratories, Inc., Actavis, PLC, Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., individ. and as subsidiary to Actavis, Inc. et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:14CV149 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Watson Laboratories, Inc.
c/o The Corporation Trust Company of Nevada
311 S. Division Street
Carson City, Nevada 89703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: H. Seward Lawlor
Patten, Wornom, Hatten & Diamonstein, LC
12350 Jefferson Avenue, Suite 300
Newport News, VA 23602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo,
CLERK OF COURT

Date: 11-7-14

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Virginia

\* \* \*

| | |
|---|---|
| Brian M. Webber ) | |
| ) | Civil Action No. <u>4:14cv149</u> |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| Auxilium Pharmaceuticals, Inc., Abbott ) | |
| Laboratories, Inc., Actavis, Inc. f/k/a ) | |
| Watson Pharmaceuticals, Inc., Watson ) | |
| Laboratories, Inc., individ. and as ) | **AFFIDAVIT OF SERVICE** |
| subsidiary to Actavis, Inc. et al ) | |
| Defendants, | |

STATE OF NEVADA )
)ss
COUNTY OF WASHOE )

1. That affiant's name is **Dan Bryan**, 475 S. Arlington Ave. Ste 1A, Reno, Nevada 89501 and is an Employee of Nevada Court Services.

2. That Affiant is a Process Server who serves process under Nevada Process Servers License No. 828.

3. That affiant received the following document on **November 21, 2014** **Summons in a Civil Action.** Said documents are filed in the United States District Court, for the Eastern District of Virginia.

4. That affiant personally **Served** the aforementioned documents upon **Alena Duggan of CT Corporation System Inc. as Resident Agent for Watson Laboratories, Inc.** at **311 S. Division Street** in the City of Carson City, County of Carson, State of Nevada on **December 2, 2014** at approximately **9:39AM**

5. This document does not contain the Social Security Number of any person.

6. I, Dan Bryan, do hereby affirm under penalty of perjury that the assertions of this affidavit are true.

Further Affiant sayeth naught.

DATED this 2nd day of December, 2014.

_____
Dan Bryan, R-071033 of
NEVADA COURT SERVICES
License Number 828

SUBSCRIBED and SWORN to before this 2nd day of December 2014.

_____
Notary Public

JEFFERY CHANDLER
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 03-85810-2 - Expires November 1, 2015

Nevada Court Services
475 S. Arlington Avenue Ste 1A
Reno, Nevada 89501
775.348.7560
Fax: 775.348.7977

- 2 -

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of Virginia

Case Number: 14-C-CV-149

Plaintiff:
**Brian M. Webber,**

vs.

Defendant:
**Auxillum Phamaceuticals, Inc., AbbVie, Inc., Abbott Laboratories, Inc., Actavis, PLC, Actavis, Inc., f/k/a Watson Phamaceutucals, Inc., Wetson Laboratories, Inc., individ. and as subsidiaty to Actavis, Inc. et al**


JGS2020157852

For:
H. Sewald Lawlor, Esquire
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue
Suite 300
Newport News, VA 23602

Received by Process Servers 365 on the 17th day of November, 2014 at 5:00 pm to be served on **Anda, Inc. By serving CT Corporation Systems as it's statutory registered agent, 1200 S. Pine Island Road, Suite 240, Plantation, FL 33324.**

I, Amy Roby, do hereby affirm that on the **18th day of November, 2014** at **3:50 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons and Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **Donna Mock** as **Registered Agent** at the address of: **1200 S. Pine Island Road, Suite 240, Plantation, FL 33324** on behalf of **Anda, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct, that I am a sheriff appointed, SPECIAL PROCESS SERVER IN GOOD STANDING for the JUDICIAL CIRCUIT in which service was effected in accordance with Florida Statutes, and have no interest in the above action pursuant to F.S. 92.525 ( 2 ).

Amy Roby
ASPS #443

Process Servers 365
Payment Center
P.O. Box 40-3621
Miami Beach, FL 33140
(888) 319-3160
Our Job Serial Number: JGS-2020157852

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Brian M. Webber. </br></br> *Plaintiff(s)* </br> v. </br> Auxilium Pharmaceuticals, Inc., AbbVie, Inc., Abbott Laboratories, Inc., Actavis, PLC, Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., individ. and as subsidiary to Actavis, Inc. et al </br> *Defendant(s)* | ) </br> ) </br> ) </br> ) Civil Action No. 4:14cv149 </br> ) </br> ) </br> ) </br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anda, Inc.
c/o CT Corporation System
1200 South Pine Island Rd
Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: H. Seward Lawlor
Patten, Wornom, Hatten & Diamonstein, LC
12350 Jefferson Avenue, Suite 300
Newport News, VA 23602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo
*CLERK OF COURT*

Date: 11-7-14

*Signature of Clerk or Deputy Clerk*